# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### (Atlanta Division)

| | |
|---|---|
| Gregory Gustin, )<br>*on behalf of himself and all similarly* )<br>*situated individuals,* )<br>    )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>Colliflower, Inc., )<br>    )<br>    Defendant. )<br>_____) | Civil Action<br>No. 1:15-cv-1217-MHC |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff, Gregory Gustin, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntary dismissed WITH PREJUDICE against Defendant, Colliflower, Inc.

Respectfully Submitted, this 14th day of July, 2015

By: s/V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504

BARRETT & FARAHANY, LLP
1100 Peachtree Street, N.E.
Suite 500
Atlanta, Georgia 30309

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July 2015, a true and correct copy of the foregoing **Notice of Voluntary Dismissal** was served on the following via first class mail, postage pre-paid:

>Kirsten M. Eriksson, Esq.
>Miles & Stockbridge P.C.
>100 Light Street
>Baltimore, MD  21202

>By: s/V. Severin Roberts
>V. Severin Roberts
>Georgia Bar No. 940504

BARRETT & FARAHANY, LLP
1100 Peachtree Street, N.E.
Suite 500
Atlanta, Georgia 30309